■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR GRIFFIN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered June 9, 1980, convicting him of arson in the second degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Thompson, J. P., O'Connor, Weinstein and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD M. JOSEPH, Appellant. — Judgment of the County Court, Nassau County (Cunningham, J.), rendered May 26, 1982, affirmed. ¶ Although the trial court erred in its interpretation of CPL 270.15 (subd 3), the error was not preserved and was harmless in any event. We see no merit in defendant's other contentions. Lazer, J. P., Gibbons, Bracken and Lawrence, JJ., concur.